UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FORD MOTOR CREDIT COMPANY, )
d/b/a PRIMUS FINANCIAL SERVICES and )
AMERICAN SUZUKI AUTOMOTIVE CREDIT, )
)
    Plaintiff )
) CIVIL ACTION
) NO. 03-12556-WGY
v. )
) PLAINTIFF'S MOTION
) FOR PRELIMINARY INJUNCTION
GREAT ATLANTIC INTERNATIONAL, INC., )
and )
CAR CENTER USA, INC., )
)
    Defendants )

Now comes the plaintiff in the above-entitled action and moves for a preliminary injunction under Prayers 1, 2 (and subparts), 5 and 6 (and subparts) of its Complaint.

By its attorneys,

*[signature]*

Michael E. Hager, Esquire
Dane & Howe, LLP
45 School Street
Boston, MA 02108-3204
(617) 227-3600
BBO No. 216460

## Affidavit of Service

I, Michael E. Hager, attorney for the plaintiff, hereby certify under the penalties of perjury that on January 5, 2004 I served a copy of the foregoing motion upon each of the defendants by first-class mail, postage prepaid, addressed to: Great Atlantic International, Inc., 514-516 Lynnway, Lynn, MA 01905 and Car Center USA, Inc., 514-516 Lynnway, Lynn, MA 01905.

_____
Michael E. Hager, Esquire