AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

FORD MOTOR CREDIT COMPANY

V.

GREAT ATLANTIC INTERNATIONAL, INC. and
CAR CENTER USA, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

FILED
In Open Court
USDC Mass
Date _1-8-04_
By _____
Deputy Clerk

# 03   12556 WGY

**TO:** (Name and address of Defendant)

Great Atlantic International, Inc.
514-516 Lynnway
Lynn, MA 01905

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Hager, Esquire
Dane & Howe, LLP
45 School Street
Boston, MA 02108-3204

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



12 19 03

CLERK

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

FORD MOTOR CREDIT COMPANY

V.

GREAT ATLANTIC INTERNATIONAL, INC. and
CAR CENTER USA, INC.

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

FILED
In Open Court
USDC Mass.
Date _1-7-04_
By _____
Deputy Clerk

# 03   12556 WGY

TO: (Name and address of Defendant)

    Car Center USA, Inc.
    514-516 Lynnway
    Lynn, MA 01905

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Michael E. Hager, Esquire
    Dane & Howe, LLP
    45 School Street
    Boston, MA 02108-3204

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____
(By) DEPUTY CLERK



12-19-03

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Ser

NAM

C

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ex .3590

*Essex, ss.*

January 2, 2004

I hereby certify and return that on 12/29/2003 at 02:00 pm I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering **in hand to Daniel Wright, General Manager, agent, person in charge at the time of service for Car Center USA, Inc.**, 514-516 Lynnway  Lynn, MA . Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

*Deputy Sheriff*

Deputy Sheriff  Thomas Gaffey

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
            Date                    *Signature of Server*

            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Ser

NAM

C

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

January 2, 2004

I hereby certify and return that on 12/29/2003 at 02:00 pm I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering **in hand to Daniel Wright, General Manager, Great Atlantic International, Inc** at 514-516 Lynnway Lynn, MA. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

*Deputy Sheriff*

Deputy Sheriff Thomas Gaffey

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.