UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT ATLANTIC INTERNATIONAL, )<br>INC. and CAR CENTER USA, INC., )<br>)<br>Defendants. ) | C. A. No. 03-12556 WGY |

FILED
In Open Cou[rt]
USDC, Mass
Date _____
By _____
Deputy Clerk

### NOTICE OF APPEARANCE

Please enter the appearance of Paul Marshall Harris and Kristin M. Cataldo on behalf of defendants.

    Respectfully submitted,
    GREAT ATLANTIC INTERNATIONAL, INC.
    and CAR CENTER USA, INC.,
    Defendants

    By its Counsel,
    GADSBY HANNAH LLP

    /s/ Paul Marshall Harris
    Paul Marshall Harris, BBO# 223500
    Kristin M. Cataldo, BBO #654033
    225 Franklin Street
    Boston, MA 02110
    (617) 345-7000

Dated: January 8, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each other party (and upon each party appearing pro se) by mail/hand/FAX on this _____ day of _____, 20____

BY: _____

B0345560v1