UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT ATLANTIC INTERNATIONAL, )<br>INC. and CAR CENTER USA, INC., )<br>)<br>Defendants. )<br>) | C. A. No. 03-12556 WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Kelly and M. Carolina Avellaneda on behalf of defendants.

Respectfully submitted,
GREAT ATLANTIC INTERNATIONAL, INC.
and CAR CENTER USA, INC.,
Defendants

By its Counsel,
GADSBY HANNAH LLP

_/s/ M Carolina Avellaneda_
Daniel J. Kelly, BBO# 553926
M. Carolina Avellaneda, BBO #566740
225 Franklin Street
Boston, MA 02110
(617) 345-7000

Dated: January 23, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 1/23/04

B0345560v1