UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FORD MOTOR CREDIT COMPANY, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> GREAT ATLANTIC INTERNATIONAL, ) <br> INC. and CAR CENTER USA, INC., ) <br><br> Defendants. ) | C. A. No. 03-12556 WGY |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT GREAT ATLANTIC INTERNATIONAL, INC.

Pursuant to Local Rule 7.3(A), defendant Great Atlantic International, Inc. hereby

notifies the Court that it has no parent corporation, and there is no publicly held company that

owns 10% or more of the stock of Great Atlantic International, Inc.

Respectfully submitted,

GREAT ATLANTIC INTERNATIONAL, INC.

By its Counsel,
GADSBY HANNAH LLP

Daniel J. Kelly, BBO# 553926
M. Carolina Avellaneda, BBO #566740
Paul Marshall Harris, BBO# 223500
Kristin M. Cataldo, BBO #654033
225 Franklin Street
Boston, MA  02110
(617) 345-7000

Dated: January 26, 2004

## CERTIFICATE OF SERVICE

I, M. Carolina Avellaneda, do hereby certify that on this 26th day of January, 2004, I caused a copy of the foregoing to be served on the person following by hand-delivery.

> Michael E. Hager, Esq.
> Dane & Howe, LLP
> 45 School Street
> Boston, MA  02108-3204

M. Carolina Avellaneda.

2

B0347614v1