UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT ATLANTIC INTERNATIONAL, )<br>INC. and CAR CENTER USA, INC., )<br>)<br>Defendants. )<br>) | C. A. No. 03-12556 WGY |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT CAR CENTER USA, INC.**

Pursuant to Local Rule 7.3(A), defendant Car Center USA, Inc. hereby notifies the Court that it has no parent corporation, and there is no publicly held company that owns 10% or more of the stock of Car Center USA, Inc.

Respectfully submitted,

CAR CENTER USA, INC.,

By its Counsel,
GADSBY HANNAH LLP

Daniel J. Kelly, BBO# 553926
M. Carolina Avellaneda, BBO #566740
Paul Marshall Harris, BBO# 223500
Kristin M. Cataldo, BBO #654033
225 Franklin Street
Boston, MA  02110
(617) 345-7000

Dated: January 26, 2004

## CERTIFICATE OF SERVICE

I, M. Carolina Avellaneda, do hereby certify that on this 26th day of January, 2004, I caused a copy of the foregoing to be served on the person following by hand-delivery.

        Michael E. Hager, Esq.
        Dane & Howe, LLP
        45 School Street
        Boston, MA  02108-3204

_____
M. Carolina Avellaneda.

B0347615v1