UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br>d/b/a PRIMUS FINANCIAL SERVICES and<br>AMERICAN SUZUKI AUTOMOTIVE CREDIT,<br><br>      Plaintiff<br><br>v.<br><br>GREAT ATLANTIC INTERNATIONAL, INC.,<br>and<br>CAR CENTER USA, INC.,<br><br>      Defendants | CIVIL ACTION<br>NO. 03-12556-WGY<br><br><br><br><br><br>PLAINTIFF'S LIST OF<br>TRIAL EXHIBITS |

   Now comes the plaintiff in the above-entitled action and, pursuant to Local Rule 43.1(B)(3)(b), provides the following list of exhibits which it presently intends to introduce as documentary evidence during direct examination:

   (1)   Automotive Wholesale Plan for Great Atlantic
         (dated March 26, 2002), including:
         power of attorney for Wholesale,
         copy of board resolution and corporate
         certificate

   (2)   Automotive Wholesale Plan for Car Center USA
         (dated October 24, 2001), including:
         power of attorney for Wholesale, copy of
         board resolution and corporate certificate

   (3)   PRIMUS Automotive Finance Plans for Dealers (January
         2000 Manual) (with dealer acknowledgement of receipt)

   (4)   PRIMS Automotive Finance Plans for Dealers (July 2003
         Manual)

   (5)   Summary of Audits conducted at defendant dealers

(6) Summary of Financial Statements provided by defendant dealers [Dep. Ex. 13]

(7) Wholesale Account Statements for defendant Dealers (dated December 1, 2003)

(8) Wholesale Account Statements for defendant Dealers (dated January 2, 2004)

(9) Wholesale Dealer Summary for Great Atlantic (dated December 16, 2003)

(10) Wholesale Dealer Summary for Car Center (dated December 17, 2003)

(11) September 20, 2002 letter Carolan to Jamali

(12) December 18, 2002 letter Carolan to Jamali

(13) February 20, 2003 letter Carolan to Jamali

(14) March 7, 2003 letter Carolan to Jamali

(15) April 25, 2003 letter Carolan to Jamali

(16) June 9, 2003 letter Carolan to Jamali

(17) July 9, 2003 letter Carolan to Jamali

(18) November 4, 2003 letter Carolan to Jamali

(19) November 7, 2003 letter Carolan to Jamali

(20) December 8, 2003 letter Carolan to Jamali

(21) December 10, 2003 letter Michael E. Hager, Esquire to Paul Harris, Esquire re Great Atlantic

(22) December 10, 2003 letter Michael E. Hager, Esquire to Paul Harris, Esquire, re Car Center

(23) December 19, 2003 letter Carolan to Jamali

(24) January 8, 2004 letter Carolan to Jamali

(25) January 28, 2004 letter Carolan to Jamali

By its attorneys,

*[signature]*

Michael E. Hager, Esquire
Dane & Howe, LLP
45 School Street
Boston, MA 02108-3204
(617) 227-3600
BBO No. 216460

### Affidavit of Service

I, Michael E. Hager, attorney for the plaintiff, hereby certify under the penalties of perjury that I served a copy of the foregoing document upon defendants' counsel by messenger on January 30, 2004.

*[signature]*

Michael E. Hager, Esquire